[Crim. No. 959.   Third Appellate District.—March 1, 1927.]

THE PEOPLE, Respondent, v. D. R. PATTON, Appellant.

[1] CRIMINAL LAW—APPEAL—FAILURE TO FILE BRIEF—APPEARANCE.— Where the transcript on appeal was filed, but appellant filed no brief and made no appearance at the time the case was called for oral argument, the judgment of conviction must be affirmed pursuant to the provisions of section 1253 of the Penal Code.

---

(1) 17 *C. J.*, p. 364, n. 28.

APPEAL from a judgment of the Superior Court of Stanislaus County and from an order denying a new trial. L. W. Fulkerth, Judge. Affirmed.

The facts are stated in the opinion of the court.

---

1. See 8 *Cal. Jur.* 540.

G. B. Hjelm for Appellant.

U. S. Webb, Attorney-General, and J. Charles Jones, Deputy Attorney-General, for Respondent.

THE COURT.—The defendant was convicted in the superior court of Stanislaus County of a felony, to wit, the crime of incest.

[1] The transcript on appeal was filed in this court December 31, 1926. No brief has been filed in behalf of appellant. The cause was regularly placed on the March calendar for oral argument. No appearance was made for appellant at the time the case was called for hearing. Pursuant to the provisions of section 1253 of the Penal Code the judgment and the order are affirmed.